
RECEIVED
IN LAKE CHARLES, LA
OCT 1 0 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ANEL LOUIS | : | DOCKET NO. 2:06-cv-1049 |
| VS. | : | JUDGE MINALDI |
| ALBERTO GONZALES, ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that this petition be **DENIED AND DISMISSED**.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 6 day of Oct, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE